■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED LEWIS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ PAUL ROBINSON, Respondent, v. URBANA FALCONI et al., Defendants, and BURKE OLDSMOBILE, INC., Appellant.— Order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ WERTSVILLE INDUSTRIES, INC., Respondent, v. CENTURY INDEMNITY COMPANY, Appellant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOLOMON CHODOROV, Appellant, against EDWARD DROS, as Warden of the Workhouse, Hart Island, Bronx, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ EAST 68TH STREET GARAGE CORPORATION, Respondent, v. ELIZABETH MEYERSON, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE VELEZ, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ CYNTHIA J. THARAUD, Individually and as Stockholder of JAMES BROS. REALTY CO., INC., Suing on Behalf of Herself and for the Benefit of Said Corporation and All Other Stockholders of Said Corporation, Appellant, v. JAMES BROS. REALTY CO., INC., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ BOWERY SAVINGS BANK, Appellant, v. RETAIL REALTY, INC., et al., Respondents.— Order and judgment dismissing the amended complaint for insufficiency are unanimously reversed on the law, with costs to appellant, and the motion is denied, with $10 costs. The amended complaint, as a pleading, supplies the defects in the original complaint which was dismissed with leave to replead (8 A D 2d 707). The matter of the payment schedule was not left open — but the parties agreed that it was to be determined to the satisfaction of the bank. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ. [19 Misc 2d 752.]

■ CECILY I. HAMMER, Respondent-Appellant, v. PAUL D. HAMMER, Appellant-Respondent.— Judgment unanimously modified, on the law and in the exercise of discretion, by striking the third decretal paragraph and substituting in lieu thereof a provision that defendant pay to plaintiff for alimony and for maintenance of the two children of the parties the sum of $275 per month to begin on February 24, 1959, and, as so modified, affirmed, with costs to plaintiff. On this record there was no warrant for disregarding the stipulation of the parties, it having been asserted on the argument and not challenged that it was within the contemplation of the parties when the $275 was stipulated for alimony that plaintiff was shortly to be appointed to the civil service position she now holds. Order of June 24, 1959 unanimously modified, on the law and in the exercise of discretion, by providing for the computation of arrears and the entry of judgment in accordance with the judgment of separation modified herewith, and, as so modified, affirmed, with costs to plaintiff. Kolmer v. Kolmer (13 Misc 2d 313, affd. 6 A D 2d 1001) is not in point. In the instant action the defendant did not challenge the validity of the stipulation below, and, furthermore, he confirmed and ratified the stipu-

lation and asserted it in defense and by way of substitution of his obligation to pay a higher alimony pursuant to the terms of the order of May 13, 1957, which order, as modified by the order of December 30, 1958, was valid and subsisting until August 31, 1959, when the judgment of separation was entered herein. In addition, the order of December 30, 1958, entered as an order for judgment February 19, 1959, was never appealed from and was based on the substitution aforesaid. Settle orders. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.